**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | **:** | **MDL DOCKET NO. 4:03-CV-1507-WRW** |
| **IN RE:** | **:** | |
| **PREMPRO PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | **All Cases in Exhibit A** |

### <u>ORDER</u>

The PPO8 Motions to Dismiss Case pending in the cases listed in Exhibit A are

GRANTED.  Accordingly, the CASES are DISMISSED based on the terms and conditions in

PPO8.

IT IS SO ORDERED this 29th day of December, 2008.


/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

4:08-cv-03624-WRW  Adkins et al v. American Home Products Corporation, et al

4:08-cv-03625-WRW  Adkins et al v. American Home Products Corporation, et al

4:08-cv-03633-WRW  Anderson et al v. American Home Products Corporation, et al

4:08-cv-03638-WRW  Ash et al v. American Home Products Corporation, et al

4:08-cv-03646-WRW  Belcher et al v. American Home Products Corporation, et al

4:08-cv-03651-WRW  Bolen et al v. American Home Products Corporation, et al

4:08-cv-03654-WRW  Bousheley et al v. American Home Products Corporation, et al

4:08-cv-03658-WRW  Fulkes-Bowles et al v. American Home Products Corporation, et al

4:08-cv-03660-WRW  Bridwell v. American Home Products Corporation, et al

4:08-cv-03669-WRW  Brown v. American Home Products Corporation, et al

4:08-cv-03680-WRW  Campbell v. American Home Products Corporation, et al

4:08-cv-03695-WRW  Cavender v. American Home Products Corporation, et al

4:08-cv-03721-WRW  Copley et al v. American Home Products Corporation, et al

4:08-cv-03730-WRW  Curtis et al v. American Home Products Corporation, et al

4:08-cv-03731-WRW  Day et al v. American Home Products Corporation, et al

4:08-cv-03733-WRW  Dean v. American Home Products Corporation, et al

4:08-cv-03751-WRW  Ervin v. American Home Products Corporation, et al

4:08-cv-03756-WRW  Facemire v. American Home Products Corporation, et al

4:08-cv-03758-WRW  Finley v. American Home Products Corporation, et al

4:08-cv-03776-WRW  Good et al v. American Home Products Corporation, et al

4:08-cv-03792-WRW  Hale v. American Home Products Corporation, et al

4:08-cv-03816-WRW  Hooser v. American Home Products Corporation, et al

4:08-cv-03848-WRW  Kasey v. American Home Products Corporation, et al

4:08-cv-03852-WRW  Kerns v. American Home Products Corporation, et al

4:08-cv-03866-WRW  Lambert et al v. American Home Products Corporation, et al

4:08-cv-03881-WRW  Lieving et al v. American Home Products Corporation, et al

4:08-cv-03885-WRW  Logue v. American Home Products Corporation, et al

4:08-cv-03886-WRW  Long v. American Home Products Corporation, et al

4:08-cv-03896-WRW  Massey et al v. American Home Products Corporation, et al

4:08-cv-03899-WRW  May v. American Home Products Corporation, et al

4:08-cv-03912-WRW  McGraw et al v. American Home Products Corporation, et al

4:08-cv-03917-WRW  Rutherford v. American Home Products Corporation, et al

4:08-cv-03926-WRW  Scaggs et al v. American Home Products Corporation, et al

4:08-cv-03941-WRW  Simmons et al v. American Home Products Corporation, et al

4:08-cv-03965-WRW  Sturgell et al v. American Home Products Corporation, et al

4:08-cv-03971-WRW  Miles et al v. American Home Products Corporation, et al

4:08-cv-03988-WRW  Thompson v. American Home Products Corporation, et al

4:08-cv-03999-WRW  Toncray v. American Home Products Corporation, et al

4:08-cv-04014-WRW  Murphy et al v. American Home Products Corporation, et al

4:08-cv-04021-WRW  Napier et al v. American Home Products Corporation, et al

4:08-cv-04023-WRW  Noe v. American Home Products Corporation, et al

4:08-cv-04032-WRW  Wallace et al v. American Home Products Corporation, et al

4:08-cv-04035-WRW  Walls et al v. American Home Products Corporation, et al

4:08-cv-04037-WRW  Ohler et al v. American Home Products Corporation, et al

4:08-cv-04040-WRW  Wardle et al v. American Home Products Corporation, et al

4:08-cv-04076-WRW  Workman v. American Home Products Corporation, et al

4:08-cv-04089-WRW  Price v. American Home Products Corporation, et al

4:08-cv-04096-WRW  Ray v. American Home Products Corporation, et al